IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cv-80439

RONALD FABERMAN,
    Plaintiff,

v.

JETSET AUTOMOTIVE, LLC and
DUFFY'S CLASSIC CARS, LLC,
    Defendant

_____/

**NOTICE OF APPEARANCE AND
DESIGNATION OF E-MAIL ADDRESSES**

**Andres J. Martinez, Esq.,** of Cole, Scott & Kissane, P.A., hereby gives notice of his appearance on behalf of **Defendants, JETSET AUTOMOTIVE, LLC and DUFFY'S CLASSIC CARS, LLC** and request that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned. Further, pursuant to Florida Rule of Judicial Administration 2.516, the undersigned hereby designates the following primary and secondary e-mail addresses for mail service in the above referenced case.

Primary e-mail: andres.martinez@csklegal.com
Assistant e-mail: valentina.winkfield@csklegal.com

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

CASE NO.: 9:24-cv-80439

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Jetset Automotive, LLC and Duffy's Classic Cars, LLC*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6898
Facsimile (305) 373-2294
Primary e-mail: andres.martinez@csklegal.com
Alternate e-mail: valentina.winkfield@csklegal.com

By: /s/ *Andres J. Martinez*
Andres J. Martinez, Esq.
Florida Bar No.: 1049428